296 U.S. 551
 56 S.Ct. 304
 80 L.Ed. 389
 Guy T. HELVERING, Commissioner of Internal Revenue, petitioner,
v.
Edmund O. SCHWEITZER.*
 No. 69.
 Supreme Court of the United States
 December 9, 1935
 
 The Attorney General, for petitioner.
 For opinion below, see Schweitzer v. Commissioner of Internal Revenue (C.C.A.) 75 F.(2d) 702.
 PER CURIAM.
 
 
 1
 Decree reversed. Douglas v. Willcuts, 296 U.S. 1, 56 S.Ct. 59, 80 L.Ed. 3, decided November 11, 1935.
 
 
 
 *
 Rehearing denied 296 U. S. 665, 56 S. Ct. 379, 80 L. Ed. 474.